# Third District Court of Appeal

## State of Florida

Opinion filed July 26, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-615
Lower Tribunal No. 16-19504
_____

**Claudia V. Merino,**
Appellant,

vs.

**PennyMac Corp.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Claudia V. Merino, in proper person.

McCalla Raymer Leibert Pierce, LLC, and Raymond Hora (Orlando), for appellee.

Before SUAREZ, LAGOA and LOGUE, JJ.

LOGUE, J.

Appellee, PennyMac Corp., filed the underlying foreclosure action against appellant, Claudia V. Merino. Following the denial of her motion to quash service of process, Ms. Merino appealed. After the briefing was completed, PennyMac filed a notice in this Court indicating that it voluntarily dismissed the underlying action without prejudice and filed a release of lis pendens in the trial court. Ms. Merino has filed no response to this notice. In light of the fact that the underlying action has been voluntarily dismissed, we dismiss this appeal as moot.

Dismissed.